IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-211

| | |
|---|---|
| GLOBAL CONTACT SERVICES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE BURLINGTON INSURANCE COMPANY and NEW YORK CITY TRANSIT AUTHORITY, | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Global Contact Services, LLC ("Plaintiff GCS"), Defendant The Burlington Insurance Company ("Defendant TBIC"), and Defendant New York City Transit Authority ("Defendant NYCTA"), jointly and pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate and agree to a voluntary dismissal with prejudice of all claims, cross-claims, or counter-claims asserted, or which could have been asserted in this action, with the exception of any claims, cross-claims, or counterclaims asserted, or which could have been asserted in this action, related to any obligation of Defendant TBIC to provide indemnity to Plaintiff GCS and/or Defendant NYCTA under the commercial policy, policy no. HGL0040940, issued by Defendant TBIC to Plaintiff GCS for the claims

1

in the civil action filed by Merline Radway on May 29, 2018, Index No. 708274/2018, in the Supreme Court of the State of New York, Queens County, which claims, cross-claims, or counter-claims the parties hereby stipulate and agree to a voluntary dismissal without prejudice, as involving a currently non-justiciable issue.  The parties understand that this represents the settlement of all currently disputed claims, and this settlement is not an admission of fault by any party.  The parties shall each bear their own costs and attorneys' fees.

Respectfully submitted this the 24th day of September, 2024.

/s/ Theodore B. Smyth
Theodore B. Smyth
CRANFILL SUMNER LLP
P.O. Box 27808
Raleigh, NC  27611-7808
Phone:  (919) 828-5100
Fax:   (919) 828-2277
Email: tsmyth@cshlaw.com
*Attorneys for Plaintiff*
*Global Contact Services, LLC*

/s/ David L. Brown
GOLDBERG SEGALLA LLP
David L. Brown (N.C. Bar No. 18942)
David G. Harris II (N.C. Bar No. 35327
701 Green Valley Road, Suite 310
Greensboro, North Carolina  27408
Telephone:  336.419.4910
dbrown@goldbergsegalla.com
dharris@goldbergsegalla.com
*Attorneys for Defendant*
*The Burlington Insurance Company*

/s/ Deborah J. Bowers
Deborah J. Bowers
Adam L. White
Pinto Coates Kyre & Bowers, PLLC
dbowers@pckb-law.com
awhite@pckb-law.com
*Attorneys for Defendant*
*New York City Transit Authority*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **STIPULATION OF DISMISSAL** was filed electronically with the Clerk of Court using the Court's CM/ECF system on this date. Parties may access this filing through the Court's system. Notice of this filing will be sent by operation of the Court's CM/ECF system to the following counsel of record.

| | |
|---|---|
| Theodore B. Smyth<br>CRANFILL SUMNER LLP<br>P.O. Box 27808<br>Raleigh, NC 27611-7808<br>Phone: (919) 828-5100<br>Fax: (919) 828-2277<br>Email: tsmyth@cshlaw.com<br>*Attorneys for Plaintiff*<br>*Global Contact Services, LLC* | Deborah J. Bowers<br>Adam L. White<br>Pinto Coates Kyre & Bowers, PLLC<br>dbowers@pckb-law.com<br>awhite@pckb-law.com<br>*Attorneys for Defendant*<br>*New York City Transit Authority* |

This the 24th day of September, 2024.

GOLDBERG SEGALLA LLP

/s/ David L. Brown
David L. Brown (N.C. State Bar No. 18942)
David G. Harris II (N.C. State Bar No. 35327)
701 Green Valley Road, Suite 310
Greensboro, North Carolina 27408
Telephone: 336.419.4910
Facsimile: 336.419.4950
dbrown@goldbergsegalla.com
dharris@goldbergsegalla.com

*Attorneys for Defendant*
*The Burlington Insurance Company*